**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEVIN REATIES,**

         **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-923-Orl-22KRS**

**NEIGHBORS MOVING & STORAGE OF ORLANDO, LLC, and ALBERINO CAVICCHIO,**

         **Defendants.**
_____

# ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and Request for Entry of Final Order of Dismissal with Prejudice (Doc. No. 6) filed on October 18, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 14, 2006 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and Request for Entry of Final Order of Dismissal with Prejudice (Doc. No. 6) is **GRANTED**. The Settlement Agreement is hereby **APPROVED** and this case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 29, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record